

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-86,765-01

**EX PARTE STEVEN DELEON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2012-166A IN THE 421ST DISTRICT COURT
### FROM CALDWELL COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of continuous sexual abuse of a child and sentenced to thirty-two years' imprisonment. The Third Court of Appeals affirmed his conviction. *DeLeon v. State*, No. 03-13-00202-CR (Tex. App.—Austin May 29, 2015)(not designated for publication).

On August 21, 2017 and March 2, 2018, the trial court signed findings of fact and conclusions of law recommended denying relief. In both findings, the trial court erroneously stated that Applicant testified at the punishment phase of the trial against the advice of his counsel. This

Court does not adopt those findings, but based on the trial court's other findings of fact and conclusions of law, we deny relief.

Filed: March 28, 2018
Do not publish